ACCEPTED
03-14-00617-CR
7707617
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 3:57:16 PM
JEFFREY D. KYLE
CLERK

# REAGAN BURRUS

### ATTORNEYS AT LAW

**Paul A. Finley**
pfinley@reaganburrus.com

Reagan Burrus PLLC
401 Main Plaza, Suite 200
New Braunfels, Texas 78130
Direct Dial: (830) 358-7473
Facsimile: (830) 625-4433
www.reaganburrus.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 3:57:16 PM
JEFFREY D. KYLE
Clerk

November 5, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
Post Office Box 12547
Austin, Texas 78711

      Re:    Court of Appeals Number:    03-14-00617-CR
              Trial Court Case Number:    CR2013-091

              Style:   Nathaniel Paul Fox v. The State of Texas

Dear Mr. Kyle:

Please accept this correspondence and notice of the undersigned's intent to argue this case before the Court on December 2, 2015, at 9:00 a.m.

Sincerely yours,

PAUL A. FINLEY

PAF:mel